UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00134-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRIAN MARK GONZALEZ,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, April 24, 2009,** and responses to these motions shall be filed by **Friday, May 8, 2009.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, May 15, 2009, at 10:15 a.m. in courtroom A-1002.** It is

    FURTHER ORDERED that a 4-day jury trial is set for **Monday, June 1, 2009, at 9:00 a.m. in courtroom A-1002.**

    Dated: April 2, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge