UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00134-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRIAN MARK GONZALEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Thursday, September 15, 2011 at 3:00 PM.**

    Dated: August 8, 2011.