UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00134-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. BRIAN MARK GONZALEZ,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due a conflict in the Court's calendar, the supervised release violation hearing currently set for Thursday, September 15, 2011 at 3:00 PM is **VACATED**.  The hearing is **RESET** for **Friday, September 16, 2011 at 2:30 PM.**

      Dated:  August 12, 2011.