IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00134

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. BRIAN MARK GONZALEZ,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a conflict in the Court's schedule, the hearing currently set Tuesday, October 4, 2011 at 4:30 PM is **VACATED**. The hearing is **RESET** for **Friday, October 21, 2011 at 4:00 PM.**

      Dated: September 27, 2011