UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00134-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRIAN MARK GONZALEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    At the verbal request to Chambers by the Probation Department, the supervised release violation hearing currently set for Friday, October 21, 2011 at 4:00 PM is **VACATED**. The hearing is **RESET** for **Thursday, October 20, 2011 at 10:00 AM.**

    Dated: September 28, 2011.