UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00134-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRIAN MARK GONZALEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due a conflict in the Court's calendar, the supervised release violation hearing currently set for Thursday, October 20, 2011, at 10:00 a.m., is **VACATED** and **RESET** for **Monday, October 31, 2011, at 4:00 p.m.**

    Dated:  October 12, 2011.